UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MATA MENDOZA,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSA; JASON AGUILAR; SIDNEY AKI; TODD M. LYONS; KRISTI NOEM; PAMELA JO BONDI; in their official capacities,<br><br>　　　　　　　　　Respondents. | Case No.: 25-CV-751 TWR (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 5) |

　　　Presently before the Court is Petitioner Angela Mata Mendoza and Respondents Christopher J. LaRosa, Jason Aguilar, Sidney Aki, Todd M. Lyons, Kriti Noem, and Pamela Jo Bondi's Joint Motion to Dismiss. (*See* ECF No. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 7.2, the Court **GRANTS** the Joint Motion to Dismiss. As stipulated by the Parties, Plaintiff's claims are **DISMISSED**, and each Party shall bear its own costs and fees.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | The Clerk of Court **SHALL CLOSE** the file.

2 |     **IT IS SO ORDERED.**

3 | Dated: May 22, 2025

_(signature)_
Honorable Todd W. Robinson
United States District Judge